IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. **4:19-cv-00126-D**

| | |
|---|---|
| WINSOME A. HYDE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANDREW M. SAUL, ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ) | |
| Defendant ) | |

This matter having come before the Court on the Plaintiff's Application for Attorneys' Fees and Costs under the Equal Access to Justice Act, it is hereby ordered that Plaintiff be awarded attorney fees in the amount of SEVEN THOUSAND TWENTY-FOUR DOLLARS AND SIX CENTS ($7,024.06) and reimbursement for costs in the amount of FOUR HUNDRED DOLLARS AND ZERO CENTS ($400.00). The award shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act ("EAJA"). If Defendant can verify that Plaintiff does not owe any pre-existing debt subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and his attorney.

SO ORDERED. This _10_ day of March 2021.

James C. Dever III
United States District Judge