IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WINSOME A. HYDE, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO.: 4:19-cv-00126 D |
| v. | * |
| | * |
| KILOLO KIJAKAZI[1], | * |
| Acting Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

\* \* \* \* \*

ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to 42 U.S.C. § 406(b), and Defendant's response, it is this __15th__ day of October, 2021, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 12,372.63 12, (or 25% of Plaintiff's past-due benefits, whichever is less). Further, the Court has approved

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Commissioner Andrew Saul as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Counsel's request to retain $ 7,024.06 previously awarded under the Equal Access to Justice Act in partial satisfaction of the § 406(b) fee.

Therefore, the Acting Commissioner is authorized to pay the remaining § 406(b) fee award amount of $ 5,348.57 out of available withheld past-due benefits.

SO ORDERED. This 15 day of October, 2021.

/s/ Dever

JAMES C. DEVER III
United States District Judge