UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WINSOME A. HYDE,<br><br>    Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:19-CV-126-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. § 406(6), in the amount of $12,372.63 12, (or 25% of Plaintiff's past-due benefits, whichever is less). Further, the Court has approved Counsel's request to retain $ 7,024.06 previously awarded under the Equal Access to Justice Act in partial satisfaction of the § 406(b) fee. Therefore, the Acting Commissioner is authorized to pay the remaining §406(b) fee award amount of $5,348.57 out of available withheld past-due benefits.

**This Judgment Filed and Entered on October 15, 2021, and Copies To:**
| | |
|---|---|
| Meredith E. Marcus | (via CM/ECF electronic notification) |
| Jeremy Denton Adams | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>October 15, 2021 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br> Deputy Clerk |